UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEIL JOSHUA AMADOR, | ) | Case No. CV 10-519 DOC(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MATTHEW CATE, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: November 16, 2010

_/s/ David O. Carter_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE